IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03466-RM-SKC

CHARLES SCOTT ROGERS,

    Plaintiff,

v.

DELTA AIR LINES, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 41) entered by Judge Raymond P. Moore, it is

ORDERED that judgment is hereby entered in favor of the defendant and against the plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 2nd day of December, 2021.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:   s/C. Pearson, Deputy Clerk